UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TYRONE WASHINGTON, | )<br>) |
| Plaintiff, | ) Case No. C04-1581-RSM<br>) |
| v. | )<br>) ORDER DISMISSING PLAINTIFF'S |
| OFFICER JIM NGO, et al., | ) 42 U.S.C. § 1983 CIVIL RIGHTS ACTION<br>) WITH PREJUDICE |
| Defendant. | ) |

The Court, having reviewed plaintiff's amended civil rights complaint, defendant Robin's motion to dismiss, the Report and Recommendation of Judge James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation.

(2)  Defendants' motion for summary judgment and dismissal (Dkt. No. 31) is GRANTED and this action is DISMISSED with prejudice.

(3)  The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 14th day of October, 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER